LAW LIBRARY

NO. 30379

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

MARY E. WHITE, Petitioner,

vs.

SUPREME COURT OF NEW JERSEY and
CHIEF JUSTICE STUART RABNER, Respondents.

JEAN R. KIKUMOTO
CLERK, APPELLATE COURTS
STATE OF HAWAI‘I

2010 APR 19 PM 2:31

FILED

ORIGINAL PROCEEDING

<u>ORDER</u>
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of petitioner Mary E. White's papers received and filed on April 9, 2010, which we treat as a motion for reconsideration of the March 23, 2010 dismissal order, it appears that the motion for reconsideration is untimely. <u>See</u> Hawai‘i Rules of Appellate Procedure 40(a) ("A motion for reconsideration may be filed by a party only within 10 days after the filing of the opinion, dispositional order, or ruling unless by special leave additional time is granted during such period by a judge or justice of the appellate court involved."). Therefore,

IT IS HEREBY ORDERED that the motion for reconsideration is dismissed.

DATED: Honolulu, Hawai‘i, April 19, 2010.